IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LEONA V. RHOADES, Executrix of the Estate of DEWEY T. RHOADES, and widow in her own right,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLEN BRADLEY COMPANY, et al.,<br><br>  Defendants. | MDL 875<br><br>CIVIL ACTION<br>NO. 16-5844 |

## ORDER

**AND NOW**, this 16th day of July 2024, upon consideration of Defendant General Electric Company's Motion for Summary Judgment (Doc. No. 344), Plaintiff's Response in Opposition (Doc. No. 365), and Defendant General Electric Company's Reply (Doc. No. 374), Defendant Raytheon Technologies Corporation's Motion for Summary Judgment (Doc. No. 345), Plaintiff's Response in Opposition (Doc. No. 364), and Defendant Raytheon Technologies Corporation's Reply (Doc. No. 373), Defendant Northrop Grumman Corporation's Motion for Summary Judgment (Doc. No. 352), Plaintiff's Response in Opposition (Doc. No. 363), and Defendant Northrop Grumman Corporation's Reply (Doc. No. 376), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendant General Electric Company's Motion for Summary Judgment (Doc. No. 344) is **DENIED**.

2. Defendant Raytheon Technologies Corporation's Motion for Summary Judgment (Doc. No. 345) is **DENIED**.

1

3. Defendant Northrop Grumman Corporation's Motion for Summary Judgment (Doc. No. 352) is **DENIED**.

BY THE COURT:

<u>/s/ Joel H. Slomsky</u>
JOEL H. SLOMSKY, J.